# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

_AKANIYENE WILLIAM ETUK_
Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been
assigned)

-against-

_New York City Police Dept, et al.,_

**COMPLAINT**

Do you want a jury trial?
☐ Yes   ☑ No

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

RECEIVED
SDNY PRO SE OFFICE
2024 JUN 24  PM 2: 03

---

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore _not_ contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include _only_: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

---

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑   **Federal Question**

☐   **Diversity of Citizenship**

## A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

VIOLATION OF RIGHT TO TRAVEL, VIOLATION OF RIGHT TO PRIVACY, EXCESSIVE FORCE, FALSE IMPRISONMENT, VIOLATION OF AMERICAN WITH DISABILITY ACT, DUE PROCESS VIOLATION.

## B.   If you checked Diversity of Citizenship

### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____ , is a citizen of the State of
　　　　　　　　　　(Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
            (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

AKANIYENE                 W          ETUK
First Name            Middle Initial      Last Name

2404 ATLANTIC AVENUE # D4
Street Address

BROOKLYN                    NY              11233
County, City                State          Zip Code

(818)485-941 (929)676 0970    awetuk001@gmail.com
Telephone Number              Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:    _NEW YORK CITY POLICE DEPARTMENT_
First Name                          Last Name

Current Job Title (or other identifying information)
_1 POLICE PLAZA_
Current Work Address (or other address where defendant may be served)
_NEW YORK          NY          10038_
County, City                    State              Zip Code

Defendant 2:    _JOHN DOE OFFICERS_
First Name                          Last Name

Current Job Title (or other identifying information)
_215 E 161 STREET_
Current Work Address (or other address where defendant may be served)
_BRONX            NY          10451_
County, City                    State              Zip Code

Defendant 3:    _____
First Name                          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                    State              Zip Code

Defendant 4:

First Name                          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                        State              Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _TRAIN STATION BRONX_

Date(s) of occurrence: _03/09/2023_

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

_PLEASE SEE ATTACHED MARKED (4)_

United State District Court

United States District Court

Southern District of New York

500 Pearl Street

New York, NY 10007

Akaniyene William Etuk

2402 Atlantic Avenue #04

Brooklyn, New York, 11233

awetuk001@gmail.com

1(818) 485-9411 /1(929) 676-0970

**Pro Se Plaintiff**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

**Akaniyene William Etuk,**

Plaintiff,

v.

**New York City Police Department, et al.,**

Defendants.

**Case No.:** _____

**COMPLAINT**

United State District Court

## Introduction

This is a civil rights action brought by Plaintiff, Akaniyene William Etuk, against officers of the New York City Police Department ("NYPD") for violations of Plaintiff's constitutional rights, including the right to travel, the right to privacy, protection against unreasonable searches and seizures, as well as violations of the Americans with Disabilities Act ("ADA").

## Jurisdiction and Venue

1.  This Court has jurisdiction over this action under 28 U.S.C. § 1331 (federal question jurisdiction) and 42 U.S.C. § 1983 (civil action for deprivation of rights).

2.  Venue is proper in the Southern District of New York under 28 U.S.C. § 1391(b) because the events giving rise to this claim occurred in this district.

## Parties

3.  Plaintiff, Akaniyene William Etuk , is a resident of Brooklyn , New York and was a resident of Bronx, New York at time of incident.

4.  Defendant, New York City Police Department, is a municipal agency located at 1 Police Plaza, New York, NY 10038.

5.  Defendants John Doe Officers 1-10 are officers of the NYPD stationed at 215 E 161 St., Bronx, NY 10451, whose identities are currently unknown.

## Facts

6.  On March 9, 2023, Plaintiff was traveling on a train in the Bronx, New York.

United State District Court

7.  Plaintiff, accompanied by a registered service animal providing essential services, was
    stopped by NYPD officers from the station located at 215 E 161 St., Bronx, NY 10451,
    without Plaintiff's permission or any contractual basis.

8.  NYPD officers forced Plaintiff to identify himself, thereby violating Plaintiff's right to
    privacy.

9.  NYPD officers made several legal determinations without possessing a license to practice
    law.

10. NYPD officers did not show their identification cards, thus failing to verify themselves as
    registered policemen.

11. NYPD officers approached Plaintiff with guns, forcing Plaintiff under threat, duress, and
    coercion to engage with them.

12. NYPD officers issued a summons (Case #Docket number 2023SX005516, Summon
    number 4446495504) on March 9, 2023, without lawful authority. A copy of the
    dismissal certificate is attached as Exhibit A.

13. NYPD officers used physical force, causing Plaintiff and his service animal pain, without
    any lawful contact or justification.

14. NYPD officers transported Plaintiff and his service animal to a location different from his
    intended point of travel and injected Plaintiff with a substance without consent or
    contractual agreement.

15. There is no evidence that these NYPD officers did not threaten Plaintiff and hold him at
    gunpoint to traffic Plaintiff and his service animal without permission or a contract.

16. There is no evidence that these NYPD officers were not working for a foreign
    corporation or that they were in fact legitimate police officers for the original Republic.

United State District Court

17. There is no evidence that these officers signed an oath to "We the People," indicating they were working for a criminal syndicate.

18. Plaintiff's service animal was registered and vaccinated at the time of the incident. Copies of the service animal registration and vaccination papers are attached as Exhibits B and C, respectively.

## Claims for Relief

## Count I: Violation of the Right to Travel

19. Plaintiff incorporates by reference the allegations set forth in paragraphs 1-18 as though fully set forth herein.

20. Defendants' actions on March 9, 2023, violated Plaintiff's right to travel freely within the United States.

## Count II: Violation of the Right to Privacy

21. Plaintiff incorporates by reference the allegations set forth in paragraphs 1-18 as though fully set forth herein.

22. Defendants' actions in forcing Plaintiff to identify himself without justification violated Plaintiff's right to privacy.

## Count III: Excessive Force

23. Plaintiff incorporates by reference the allegations set forth in paragraphs 1-18 as though fully set forth herein.

United State District Court

24. Defendants' use of physical force against Plaintiff and his service animal without lawful justification constituted excessive force in violation of the Fourth Amendment.

## Count IV: False Imprisonment

25. Plaintiff incorporates by reference the allegations set forth in paragraphs 1-18 as though fully set forth herein.

26. Defendants' actions in detaining and transporting Plaintiff and his service animal without lawful justification constituted false imprisonment.

## Count V: Violation of the Americans with Disabilities Act (ADA)

27. Plaintiff incorporates by reference the allegations set forth in paragraphs 1-18 as though fully set forth herein.

28. Defendants' arrest and detention of Plaintiff and his registered service animal, who was providing essential services at the time, constituted discrimination under the ADA.

## Count VI: Due Process Violations

29. Plaintiff incorporates by reference the allegations set forth in paragraphs 1-18 as though fully set forth herein.

30. Defendants' actions deprived Plaintiff of liberty and property without due process of law, in violation of the Fourteenth Amendment.

## Prayer for Relief

United State District Court

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in his favor and against Defendants, and award Plaintiff:

A. One million dollars ($1,000,000) for each violation of Plaintiff's constitutional rights and the ADA;

B. One million dollars ($1,000,000) for the violation of Plaintiff's registered service animal's rights under the ADA;

C. Punitive damages in an amount to be determined at trial;

D. Declaratory relief stating that Defendants' actions violated Plaintiff's constitutional rights and the ADA;

E. Injunctive relief preventing Defendants from engaging in similar conduct in the future;

F. Reasonable attorney's fees and costs of this action;

G. Such other and further relief as the Court deems just and proper.

**Judge Demand**

Plaintiff demands a trial by judge on all issues so triable.

**Exhibits**

- Exhibit A: Copy of Dismissal Certificate
- Exhibit B: Copy of Service Animal Registration
- Exhibit C: Copy of Service Animal Vaccination Papers

United State District Court

Dated: 06/24/2024

Respectfully submitted,

Akaniyene William Etuk

Plaintiff, Pro Se

2402 Atlantic Avenue #o4

Brooklyn, New York, 11233

awetuk001@gmail.com

1(818) 485-9411 /1(929) 676-0970

10/22/22, 12:22 PM                                Vet Treatment History



**Animal
Care Centers
of NYC**

2336 Linden Boulevard
Brooklyn NY 11208
212-788-4000

## Vet Treatment History

### Owner Details

**Akaniyene Etuk**
**1923 McDonald Avenue APT 167**
**BROOKLYN NY 11223**

**818 485 9411**
**818 485 9411**

### Animal Details

**Name:** Veilee
**Type:** Dog
**Mixed:** Yes
**Color(1):** Unknown (update later)
**Gender:** Female
**Spayed / Neutered:** Unknown
**Age:** 10 Months

This is to confirm that our records show that the animal described above has had the following vaccinations and treatments administered:

| | Vet Treatment Type | Date Given | Type | Expiration Date | Route Of Admin | Result | Vet | License # |
|---|---|---|---|---|---|---|---|---|
| **1** | Rabies Vaccine | 22-Oct-2022 | Killed | | | | VET-P 991234 | NY-010887 |

| | Vet Treatment Type | Due Date |
|---|---|---|
| 1 | Rabies Vaccine | 22-Oct-2023 |

Vet Signature:                                                Date: 10/22/2022 1:19:00 PM

Dr. Michelle Lugones



**Animal Care Centers of NYC**

### Reunification Form

326 East 110th Street
New York NY 10029
212-788-4000

## Agent / Owner's Details

| | |
|---|---|
| Person ID: | 138876 |
| Receipt #: | 249314 |
| Receipt Date: | 7/12/2023 |

**Person Name:** Akaninyene Eink

**Person Address:** 1923 Mc donald Avenue APT 167
BROOKLYN NY 11223

**Home Phone:**

**Mobile Phone:** 818 489 9411

**Email:** awetuk01@gmail.com

## Animal Details:

| | Animal ID | Name | Type | Mixed | Color(1) | Color(2) |
|---|---|---|---|---|---|---|
| 1 | 176452 | Veillee | Dog | Yes | Black Brown | |
| | **Gender** | **Spayed / Neutered** | **Age** | **Incoming Date** | **License fee** | |
| | Female | No | 3 Years | 6-Jul-2023 | | |

## Reunification Details:

| Item | Amount |
|---|---|

## Products / Services:

| Product / Service | Date | Quantity | Price Each |
|---|---|---|---|
| Microchip Implantation | | 1 | $0.00 |
| Microchip Implantation | | 1 | $0.00 |
| Bordetella Vaccine | | 1 | $15.00 |
| DA2PP Vaccine | | 1 | $15.00 |
| Dewormer Treatment | | 1 | $12.00 |
| Medical Exam | | 1 | $30.00 |
| NYC Dog Licence, unaltered [LICU] | | 1 | $34.00 |
| Rabies Vaccine | | 1 | $15.00 |
| Restoration/Redemption Fee | | 1 | $3.00 |
| Total products / services fee included in payment details below: | | | $124.00 |

## Payment Details:

| Fee | Amount |
|---|---|
| Reunification | $0.00 |
| Dog License | $0.00 |
| **Amount Paid** | **$0.00** |

**Notes:**

**Entered By:**456 991311    **Printed By:**456 991311    **Printed On:**Jul 12 2023 10:10AM

## Reunification Agreement:

REUNIFICATION CONTRACT



**Animal Care Centers of NYC**

# Agency Receipt

326 East 110th Street
New York NY 10029
212-788-4000

| Person ID: 5951 |
| Receipt #: 285399 |
| Receipt Date: 5/25/2024 |

## Person Details

| | |
|---|---|
| Person Name: | Police 52nd Precinct Police 52nd Precinct |
| Person Address: | 3016 Webster Avenue |
| | Bronx NY 10467 |
| | Home Phone: |
| | Mobile Phone:    718 220 5811 |

**Email:**

**Identification Type:**

**ID Number:**

## Animal Details

| | Animal ID | Name | Type | Mixed | Color(1) | Color(2) |
|---|---|---|---|---|---|---|
| 1 | 153814 | Veillee | Dog | Yes | Black | Tan |
| | Gender | Spayed / Neutered | Age | Primary Microchip # | Rabies Tag | Date In / Found |
| | Female | No | 3 Years 8 Months 3 Weeks (approx) | 985113005559199 | 23-278818 | 25-May-2024 |

## Payment Details:

| Fee | Amount |
|---|---|
| Amount Paid | $0.00 |

**Notes:**

**Jurisdiction:** Bronx

**Entered By:**1582 992296    **Printed By:**1582 992296    **Printed On:**May 25 2024 9:47PM    **Entered By User ID:**1582

## Conditions:

ACC's Surrender Prevention program can help you keep your pet! This program can provide you with information about free or low-cost veterinary care, pet food, behavior training, and more. Would you like to speak with an Admissions Counselor for more information? _____YES _____NO

**PLEASE CONSIDER CAREFULLY**

ANIMALS SURRENDERED TO ACC ARE CAREFULLY EVALUATED BASED ON AVAILABLE MEDICAL AND BEHAVIOR INFORMATION FOR ADOPTION, TRANSFER TO A RESCUE PARTNER, OR EUTHANASIA (HUMANELY PUT TO DEATH) AT THE SOLE DISCRETION OF ACC.

In consideration of Animal Care Centers of New York City ("ACC") accepting the animal described herein ("this animal"), I understand and agree as follows (please initial each section):

ACC does not guarantee that this animal will be adopted by a member of the public or transferred to a rescue partner. I understand that the length of time the animal may be held and the outcome, including adoption or humane euthanasia, is solely ACC's decision.

ACC may require that questions or other requests regarding the outcome of this animal be made in writing.

If this animal has bitten a person or animal, I will inform ACC.



CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

CERTIFICATE OF DISPOSITION
NUMBER:48917

THE PEOPLE OF THE STATE OF NEW YORK
VS.

**NO FEE**

**ETUK, AKANINYENE**

**01/08/1997**

DEFENDANT

DATE OF BIRTH

**900 E 35TH ST APT D2 D2**

ADDRESS

**BROOKLYN          NY     11210-3448**

**03/09/2023**

CITY              STATE   ZIP

ISSUE DATE

DOCKET NUMBER: **2023SX005516**

SUMMONS NUMBER: **4446495564**

**PL 240.20 02 0V**

ARRAIGNMENT CHARGES

CASE DISPOSITION INFORMATION:

| DATE | COURT ACTION | JUDGE | PART |
|------|--------------|-------|------|
| 03/28/2023 | **CASE CONTINUED** | TEST, | SAP |
| 06/02/2023 | **DISM - LEGALLY INSUFFICIENT** | CHIN,C | SAP2 |

I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN THIS COURT.

**L. Watson - SCC**          **06/06/2023**

COURT OFFICIAL SIGNATURE AND SEAL          DATE

All marijuana convictions under PL 221.05, PL 221.10, PL 221.15, PL 221.20, PL 221.35 or PL 221.40 - including any appearing on this certificate of disposition - are vacated, dismissed, sealed and expunged. It is an unlawful discriminatory practice for any entity to make any inquiry about such an expunged conviction or to use such an expunged conviction adversely against an individual in any form of application or otherwise-unless specifically required or permitted to do so by statute

Pursuant to section 70.15 of the Penal Law, any misdemeanor sentence with a jail term of "1 year", "12 months", or "365 days" is, by operation of law, deemed to be a sentence of 364 days. Any Certificate of Disposition indicating a jail sentence of "1 year", "12 months", "52 weeks", or "365 days" for a misdmeanor conviction shall be interpreted as a sentence of 364 days.

(CAUTION:  THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE
          COURT SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

*See Attached*

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

*See Attached*

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 06/24/2024 | *(signature)* |
| Dated | Plaintiff's Signature |

| | | |
|---|---|---|
| AKANIYENE | W | ETUK |
| First Name | Middle Initial | Last Name |

2404 ATLANTIC AVENUE #04
Street Address

| | | |
|---|---|---|
| BROOKLYN | NY | 11233 |
| County, City | State | Zip Code |

| | |
|---|---|
| (818)485-9411  (929)676-0970 | awetuk001@gmail.com |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

10/22/22, 12:22 PM                              Vet Treatment History



**Animal Care Centers of NYC**

2336 Linden Boulevard
Brooklyn NY 11208
212-788-4000

## Vet Treatment History

### Owner Details

**Akaniyene Etuk**
**1923 McDonald Avenue APT 167**
**BROOKLYN NY 11223**

818 485 9411
818 485 9411

### Animal Details

**Name:** Veilee
**Type:** Dog
**Mixed:** Yes
**Color(1):** Unknown (update later)
**Gender:** Female
**Spayed / Neutered:** Unknown
**Age:** 10 Months

This is to confirm that our records show that the animal described above has had the following vaccinations and treatments administered:

| | Vet Treatment Type | Date Given | Type | Expiration Date | Route Of Admin | Result | Vet | License # |
|---|---|---|---|---|---|---|---|---|
| 1 | Rabies Vaccine | 22-Oct-2022 | Killed | | | | VET-P 991234 | NY-010887 |

| | Vet Treatment Type | Due Date |
|---|---|---|
| 1 | Rabies Vaccine | 22-Oct-2023 |

Vet Signature:                                        Date: 10/22/2022 1:19:00 PM

Dr. Michelle Lugones



**Animal Care Centers of NYC**

## Reunification Form

326 East 110th Street
New York NY 10029
212-788-4000

| | |
|---|---|
| Person ID: 138876 |
| Receipt #: 249314 |
| Receipt Date: 7/12/2023 |

### Agent / Owner's Details

**Person Name:** Akaninyene Eink

**Person Address:** 1923 Mc donald Avenue APT 167
BROOKLYN NY 11223

**Home Phone:**
**Mobile Phone:** 818 489 9411

**Email:** awetuk01@gmail.com

### Animal Details:

| | Animal ID | Name | Type | Mixed | Color(1) | Color(2) |
|---|---|---|---|---|---|---|
| 1 | 176452 | Veillee | Dog | Yes | Black Brown | |
| | **Gender** | **Spayed / Neutered** | **Age** | **Incoming Date** | **License fee** | |
| | Female | No | 3 Years | 6-Jul-2023 | | |

### Reunification Details:

| Item | Amount |
|---|---|
| | |

### Products / Services:

| Product / Service | Date | Quantity | Price Each |
|---|---|---|---|
| Microchip Implantation | | 1 | $0.00 |
| Microchip Implantation | | 1 | $0.00 |
| Bordetella Vaccine | | 1 | $15.00 |
| DA2PP Vaccine | | 1 | $15.00 |
| Dewormer Treatment | | 1 | $12.00 |
| Medical Exam | | 1 | $30.00 |
| NYC Dog Licence, unaltered [LICU] | | 1 | $34.00 |
| Rabies Vaccine | | 1 | $15.00 |
| Restoration/Redemption Fee | | 1 | $3.00 |
| **Total products / services fee included in payment details below:** | | | **$124.00** |

### Payment Details:

| Fee | Amount |
|---|---|
| Reunification | $0.00 |
| Dog License | $0.00 |
| **Amount Paid** | **$0.00** |

**Notes:**
Entered By:456 991311    Printed By:456 991311    Printed On:Jul 12 2023 10:10AM

### Reunification Agreement:

REUNIFICATION CONTRACT



**Animal Care Centers of NYC**

# Agency Receipt

326 East 110th Street
New York NY 10029
212-788-4000

| | |
|---|---|
| Person ID: | 5951 |
| Receipt #: | 285399 |
| Receipt Date: | 5/25/2024 |

## Person Details

**Person Name:** Police 52nd Precinct Police 52nd Precinct

**Person Address:** 3016 Webster Avenue
Bronx NY 10467

Home Phone:
Mobile Phone: 718 220 5811

**Email:**

**Identification Type:**

**ID Number:**

## Animal Details

| | Animal ID | Name | Type | | Mixed | Color(1) | Color(2) |
|---|---|---|---|---|---|---|---|
| 1 | 153814 | Veillee | Dog | | Yes | Black | Tan |
| | Gender | Spayed / Neutered | Age | | Primary Microchip # | Rabies Tag | Date In / Found |
| | Female | No | 3 Years 8 Months 3 Weeks (approx) | | 985113005559199 | 23-278818 | 25-May-2024 |

## Payment Details:

| Fee | Amount |
|---|---|
| Amount Paid | $0.00 |

## Notes:

Jurisdiction: Bronx
Entered By:1582 992296    Printed By:1582 992296    Printed On:May 25 2024 9:47PM    Entered By User ID:1582

## Conditions:

**ACC's Surrender Prevention program can help you keep your pet! This program can provide you with information about free or low-cost veterinary care, pet food, behavior training, and more. Would you like to speak with an Admissions Counselor for more information? _____YES _____NO**

**PLEASE CONSIDER CAREFULLY**

ANIMALS SURRENDERED TO ACC ARE CAREFULLY EVALUATED BASED ON AVAILABLE MEDICAL AND BEHAVIOR INFORMATION FOR ADOPTION, TRANSFER TO A RESCUE PARTNER, OR EUTHANASIA (HUMANELY PUT TO DEATH) AT THE SOLE DISCRETION OF ACC.

In consideration of Animal Care Centers of New York City ("ACC") accepting the animal described herein ("this animal"), I understand and agree as follows (please initial each section):

ACC does not guarantee that this animal will be adopted by a member of the public or transferred to a rescue partner. I understand that the length of time the animal may be held and the outcome, including adoption or humane euthanasia, is solely ACC's decision.

ACC may require that questions or other requests regarding the outcome of this animal be made in writing.

If this animal has bitten a person or animal, I will inform ACC.



USA SERVICE DOG REGISTRATION

SERVICE ANIMAL TYPES ▾    STORE ▾    SUPPORT ▾    REVIEWS ▾

CALL ONE TEAM NOW 1800 xxx-xxxx    REGISTRATION LOOKUP    LOGIN

MY ACCOUNT                                                    Print

HANDLER INFO

Akaninyene Etuk
1923 McDonald avenue #162, Brooklyn,,
NY, 11223
Email:
polyphonicsystems@gmail.com
Phone: 2035630546

REGISTERED ANIMALS

Animal #1: Yellco        Handler: Akaninyene Etuk    Registration: 1009076684
Breed: Rottweiler        1923 McDonald avenue #162,  Service: Medical Alert
Type: Service Dog        Brooklyn , NY, 11223        Training Status: My Dog is
                         polyphonicsystems@gmailco   Trained Service animal
                         m | 2035630546

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

CERTIFICATE OF DISPOSITION
NUMBER: 48917

THE PEOPLE OF THE STATE OF NEW YORK
VS.

# NO FEE

**ETUK, AKANINYENE**

DEFENDANT

**01/08/1997**

DATE OF BIRTH

**900 E 35TH ST APT D2 D2**

ADDRESS

**BROOKLYN          NY      11210-3448**

CITY               STATE   ZIP

**03/09/2023**

ISSUE DATE

DOCKET NUMBER: **2023SX005516**

SUMMONS NUMBER: **4446495564**

**PL 240.20 02 0V**

ARRAIGNMENT CHARGES

CASE DISPOSITION INFORMATION:

| DATE | COURT ACTION | JUDGE | PART |
|---|---|---|---|
| 03/28/2023 | CASE CONTINUED | TEST, | SAP |
| 06/02/2023 | DISM - LEGALLY INSUFFICIENT | CHIN,C | SAP2 |

I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN THIS COURT.

**L. Watson - SCC**      **06/06/2023**

COURT OFFICIAL SIGNATURE AND SEAL        DATE

All marijuana convictions under PL 221.05, PL 221.10, PL 221.15, PL 221.20, PL 221.35 or PL 221.40 - including any appearing on this certificate of disposition - are vacated, dismissed, sealed and expunged. It is an unlawful discriminatory practice for any entity to make any inquiry about such an expunged conviction or to use such an expunged conviction adversely against an individual in any form of application or otherwise-unless specifically required or permitted to do so by statute

Pursuant to section 70.15 of the Penal Law, any misdemeanor sentence with a jail term of "1 year", "12 months", or "365 days" is, by operation of law, deemed to be a sentence of 364 days. Any Certificate of Disposition indicating a jail sentence of "1 year", "12 months", "52 weeks", or "365 days" for a misdmeanor conviction shall be interpreted as a sentence of 364 days.

(CAUTION:  THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE
          COURT SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)

United States District Court

Southern District of New York

500 Pearl Street

New York, NY 10007

**Akaniyene William Etuk**

2402 Atlantic Avenue

Brooklyn, New York, 11233

awetuk001@gmail.com

1(818) 485-9411 / 1(929) 676-0970

**Pro Se Plaintiff**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

**Akaniyene William Etuk,**

Plaintiff,

v.

**New York City Police Department, et al.,**

Defendants.

**Case No.:** _____

**COMPLAINT**

**Introduction**

1. This is a civil rights action brought by Plaintiff, Akaniyene William Etuk, against officers of the New York City Police Department ("NYPD") for violations of Plaintiff's constitutional rights, including the right to travel, the right to privacy, protection against unreasonable searches and seizures, and violations of the Americans with Disabilities Act ("ADA").

**Jurisdiction and Venue**

2. This Court has jurisdiction over this action under 28 U.S.C. § 1331 (federal question jurisdiction) and 42 U.S.C. § 1983 (civil action for deprivation of rights).

3. Venue is proper in the Southern District of New York under 28 U.S.C. § 1391(b) because the events giving rise to this claim occurred in this district.

**Parties**

4. Plaintiff, Akaniyene William Etuk, is a resident of Brooklyn, New York who was at the time of incident residing in the Bronx, New York .

5. Defendant, New York City Police Department, is a municipal agency located at 1 Police Plaza, New York, NY 10038.

6. Defendant Officer Frias, shield number 30952, is an officer of the NYPD involved in the events described herein.

**Facts**

7. On August 30, 2023, at approximately 6:34 PM, Officer Frias and several other NYPD officers stopped Plaintiff on a train platform without Plaintiff's permission, contractual agreement, or being a crime victim.

8. Plaintiff was accompanied by a registered service animal providing essential services at the time of the stop. The service animal was registered and vaccinated at the time, and a copy of the service animal registration and vaccination papers are attached as Exhibits B and C, respectively.

9. Officers of the NYPD stopped Plaintiff without a contract, thereby violating Plaintiff's right to travel.

10. Officers of the NYPD, without a contract, forced Plaintiff to identify himself, violating Plaintiff's right to privacy.

11. Officers of the NYPD made legal determinations without possessing a license to practice law.

12. Officers of the NYPD did not show their identification cards to verify themselves as registered policemen.

13. Officers of the NYPD approached Plaintiff with guns, under threat, duress, and coercion, attempting to force Plaintiff to sign an offer of contract (CJTN 70425074/NYSID 16037193M, which was registered and dismissed in court under case #B23637196). A copy of the dismissal certificate is attached as Exhibit A.

14. Officers of the NYPD used excessive force, causing pain and injury, before placing Plaintiff in handcuffs.

15. Officers of the NYPD transported Plaintiff to a different location from his intended point of travel, where Plaintiff's prints were taken without his consent or contractual agreement.

16. Defendants' actions in stopping and arresting Plaintiff and his registered service animal, who was providing essential services at the time, constituted discrimination under the Americans with Disabilities Act (ADA).

17. There is no evidence that these officers signed an oath to "We the People."

18. There is no evidence that these officers are legitimate police or policy enforcers for the original republic.

19. There is no evidence that these officers are not working for a foreign corporation.

## Claims for Relief

### Count I: Violation of the Right to Travel

20. Plaintiff incorporates by reference the allegations set forth in paragraphs 1-19 as though fully set forth herein.

21. Defendants' actions on August 30, 2023, violated Plaintiff's right to travel freely within the United States.

### Count II: Violation of the Right to Privacy

22. Plaintiff incorporates by reference the allegations set forth in paragraphs 1-19 as though fully set forth herein.

23. Defendants' actions in forcing Plaintiff to identify himself without justification violated Plaintiff's right to privacy.

**Count III: Unauthorized Legal Determinations**

24. Plaintiff incorporates by reference the allegations set forth in paragraphs 1-19 as though fully set forth herein.

25. Defendants made legal determinations without possessing a license to practice law.

**Count IV: Failure to Identify as Police Officers**

26. Plaintiff incorporates by reference the allegations set forth in paragraphs 1-19 as though fully set forth herein.

27. Defendants did not show their identification cards to verify themselves as registered policemen.

**Count V: Excessive Force**

28. Plaintiff incorporates by reference the allegations set forth in paragraphs 1-19 as though fully set forth herein.

29. Defendants used excessive force against Plaintiff, causing pain and injury, before placing Plaintiff in handcuffs.

**Count VI: Unlawful Transport and Processing**

30. Plaintiff incorporates by reference the allegations set forth in paragraphs 1-19 as though fully set forth herein.

31. Defendants transported Plaintiff to a different location and processed Plaintiff's prints without his consent or contractual agreement.

**Count VII: Violation of ADA**

32. Plaintiff incorporates by reference the allegations set forth in paragraphs 1-19 as though fully set forth herein.

33. Defendants violated the Americans with Disabilities Act (ADA) by stopping and arresting Plaintiff and his registered service animal, who was providing essential services at the time.

**Count VIII: Violation of Oath to "We the People"**

34. Plaintiff incorporates by reference the allegations set forth in paragraphs 1-19 as though fully set forth herein.

35. Defendants did not sign an oath to "We the People," as required.

**Count IX: Impersonation as Legitimate Police**

36. Plaintiff incorporates by reference the allegations set forth in paragraphs 1-19 as though fully set forth herein.

37. Defendants are not legitimate police or policy enforcers for the original republic.

**Count X: Employment by a Foreign Corporation**

38. Plaintiff incorporates by reference the allegations set forth in paragraphs 1-19 as though fully set forth herein.

39. Defendants are working for a foreign corporation.

**Prayer for Relief**

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in his favor and against Defendants, and award Plaintiff:

A. One million dollars ($1,000,000.00) for each violation of Plaintiff's constitutional rights, ADA violations, and other legal standards;

B. One million dollars ($1,000,000.00) for each violation involving Plaintiff's service animal;

C. Punitive damages in an amount to be determined at trial;

D. Declaratory relief stating that Defendants' actions violated Plaintiff's constitutional rights, ADA, and other legal standards;

E. Injunctive relief preventing Defendants from engaging in similar conduct in the future;

F. Reasonable attorney's fees and costs of this action;

G. Such other and further relief as the Court deems just and proper.

**Judge Demand**

Plaintiff demands a trial by a judge on all issues so triable.

**Exhibits**

- Exhibit A: Copy of Dismissal Certificate
- Exhibit B: Copy of Service Animal Registration
- Exhibit C: Copy of Service Animal Vaccination Papers

Dated: _____/_____/_____

Respectfully submitted,

_____

Akaniyene William Etuk

Plaintiff, Pro Se

2402 Atlantic Avenue

Brooklyn, New York, 11233

awetuk001@gmail.com

1(818) 485-9411 / 1(929) 676-0970



**Animal Care Centers of NYC**

2336 Linden Boulevard
Brooklyn NY 11208
212-788-4000

## Vet Treatment History

### Owner Details

**Akaniyene Etuk**
**1923 McDonald Avenue APT 167**
**BROOKLYN NY 11223**

**818 485 9411**
**818 485 9411**

### Animal Details

**Name:** Veilee
**Type:** Dog
**Mixed:** Yes
**Color(1):** Unknown (update later)
**Gender:** Female
**Spayed / Neutered:** Unknown
**Age:** 10 Months

This is to confirm that our records show that the animal described above has had the following vaccinations and treatments administered:

| | Vet Treatment Type | Date Given | Type | Expiration Date | Route Of Admin | Result | Vet | License # |
|---|---|---|---|---|---|---|---|---|
| 1 | Rabies Vaccine | 22-Oct-2022 | Killed | | | | VET-P 991234 | NY-010887 |

| | Vet Treatment Type | | Due Date |
|---|---|---|---|
| 1 | Rabies Vaccine | | 22-Oct-2023 |

Vet Signature:

Dr. Michelle Lugones

Date: 10/22/2022 1:19:00 PM





**Animal
Care Centers
of NYC**

# Reunification Form

326 East 110th Street
New York NY 10029
212-788-4000

| | |
|---|---|
| Person ID: | 138876 |
| Receipt #: | 249314 |
| Receipt Date: | 7/12/2023 |

## Agent / Owner's Details

**Person Name:** Akaninyene Eink

**Person Address:** 1923 Mc donald Avenue APT 167
BROOKLYN NY 11223

**Home Phone:**
**Mobile Phone:** 818 489 9411

**Email:** awetuk01@gmail.com

## Animal Details:

| | Animal ID | Name | Type | Mixed | Color(1) | Color(2) |
|---|---|---|---|---|---|---|
| 1 | 176452 | Veillee | Dog | Yes | Black Brown | |
| | **Gender** | **Spayed / Neutered** | **Age** | **Incoming Date** | **License fee** | |
| | Female | No | 3 Years | 6-Jul-2023 | | |

## Reunification Details:

| Item | Amount |
|---|---|

## Products / Services:

| Product / Service | Date | Quantity | Price Each |
|---|---|---|---|
| Microchip Implantation | | 1 | $0.00 |
| Microchip Implantation | | 1 | $0.00 |
| Bordetella Vaccine | | 1 | $15.00 |
| DA2PP Vaccine | | 1 | $15.00 |
| Dewormer Treatment | | 1 | $12.00 |
| Medical Exam | | 1 | $30.00 |
| NYC Dog Licence, unaltered [LICU] | | 1 | $34.00 |
| Rabies Vaccine | | 1 | $15.00 |
| Restoration/Redemption Fee | | 1 | $3.00 |
| Total products / services fee included in payment details below: | | | **$124.00** |

## Payment Details:

| Fee | Amount |
|---|---|
| Reunification | $0.00 |
| Dog License | $0.00 |
| **Amount Paid** | **$0.00** |

**Notes:**
**Entered By:** 456 991311   **Printed By:** 456 991311   **Printed On:** Jul 12 2023 10:10AM

## Reunification Agreement:

REUNIFICATION CONTRACT



**Animal
Care Centers
of NYC**

# Agency Receipt

326 East 110th Street
New York NY 10029
212-788-4000

| Person ID: 5951 |
| Receipt #: 285399 |
| Receipt Date: 5/25/2024 |

<u>Person Details</u>

| | |
|---|---|
| **Person Name:** | Police 52nd Precinct Police 52nd Precinct |
| **Person Address:** | 3016 Webster Avenue |
| | Bronx NY 10467 |
| | **Home Phone:** |
| | **Mobile Phone:** 718 220 5811 |

**Email:**

**Identification Type:**

**ID Number:**

<u>Animal Details</u>

| | Animal ID | Name | Type | | Mixed | Color(1) | Color(2) |
|---|---|---|---|---|---|---|---|
| 1 | 153814 | Veillee | Dog | | Yes | Black | Tan |
| | **Gender** | **Spayed / Neutered** | **Age** | | **Primary Microchip #** | **Rabies Tag** | **Date In / Found** |
| | Female | No | 3 Years 8 Months 3 Weeks (approx) | | 985113005559199 | 23-278818 | 25-May-2024 |

<u>Payment Details:</u>

| Fee | Amount |
|---|---|
| Amount Paid | $0.00 |

**Notes:**

**Jurisdiction:** Bronx

**Entered By:** 1582 992296    **Printed By:** 1582 992296    **Printed On:** May 25 2024 9:47PM    Entered By User ID: 1582

**Conditions:**

**ACC's Surrender Prevention program can help you keep your pet! This program can provide you with information about free or low-cost veterinary care, pet food, behavior training, and more. Would you like to speak with an Admissions Counselor for more information? _____YES _____NO**

**PLEASE CONSIDER CAREFULLY**

ANIMALS SURRENDERED TO ACC ARE CAREFULLY EVALUATED BASED ON AVAILABLE MEDICAL AND BEHAVIOR INFORMATION FOR ADOPTION, TRANSFER TO A RESCUE PARTNER, OR EUTHANASIA (HUMANELY PUT TO DEATH) AT THE SOLE DISCRETION OF ACC.

In consideration of Animal Care Centers of New York City ("ACC") accepting the animal described herein ("this animal"), I understand and agree as follows (please initial each section):

ACC does not guarantee that this animal will be adopted by a member of the public or transferred to a rescue partner. I understand that the length of time the animal may be held and the outcome, including adoption or humane euthanasia, is solely ACC's decision.

ACC may require that questions or other requests regarding the outcome of this animal be made in writing.

If this animal has bitten a person or animal, I will inform ACC.



CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

CERTIFICATE OF DISPOSITION
NUMBER: 48917

THE PEOPLE OF THE STATE OF NEW YORK
VS.

**NO FEE**

**ETUK, AKANINYENE**

**01/08/1997**

DEFENDANT

DATE OF BIRTH

**900 E 35TH ST APT D2 D2**

ADDRESS

| **BROOKLYN** | **NY** | **11210-3448** |
|---|---|---|
| CITY | STATE | ZIP |

**03/09/2023**

ISSUE DATE

DOCKET NUMBER: **2023SX005516**

SUMMONS NUMBER: **4446495504**

PL 240.20 02 0V

ARRAIGNMENT CHARGES

CASE DISPOSITION INFORMATION:

| DATE | COURT ACTION | JUDGE | PART |
|---|---|---|---|
| 03/28/2023 | CASE CONTINUED | TEST, | SAP |
| 06/02/2023 | DISM - LEGALLY INSUFFICIENT | CHIN,C | SAP2 |

I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN THIS COURT.

**L. Watson - SCC**     06/06/2023

COURT OFFICIAL SIGNATURE AND SEAL     DATE

All marijuana convictions under PL 221.05, PL 221.10, PL 221.15, PL 221.20, PL 221.35 or PL 221.40 - including any appearing on this certificate of disposition - are vacated, dismissed, sealed and expunged. It is an unlawful discriminatory practice for any entity to make any inquiry about such an expunged conviction or to use such an expunged conviction adversely against an individual in any form of application or otherwise-unless specifically required or permitted to do so by statute

Pursuant to section 70.15 of the Penal Law, any misdemeanor sentence with a jail term of "1 year", "12 months", or "365 days" is, by operation of law, deemed to be a sentence of 364 days. Any Certificate of Disposition indicating a jail sentence of "1 year", "12 months", "52 weeks", or "365 days" for a misdmeanor conviction shall be interpreted as a sentence of 364 days.

(CAUTION:  THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE
          COURT SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)