

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**JOSEPH ZANGRILLI**
*Senior Counsel*
Phone: (212) 356-2657
Fax: (212) 356-3509
jzangril@law.nyc.gov

October 23, 2024

**By ECF**
Honorable Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY, 10007

    Re: Etuk v. City of New York et al.,
       24-CV-04989 (JHR) (VF)

Your Honor:

  I am a Senior Counsel in the office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, attorney for Defendant City of New York in the above-referenced matter.[1] I write on behalf of the City of New York to respectfully request an enlargement of time from October 25, 2024 until December 2, 2024, to respond to the Court's Valentin Order. (ECF No. 10). The undersigned apologizes for this late application. This is the first request for an enlargement of time to respond to the Valentin Order and will not impact any other deadline and does not present any prejudice to Plaintiff. Defendant City called Plaintiff to obtain his position to this request on October 21, 2024, October 22, 2024, and October 23, 2024 and has also left Plaintiff voicemails, but has not heard back. As such, Defendant City was unable to ascertain Plaintiff's position to this application.

  In investigating Plaintiff's allegations, Defendant has examined NYPD activity log reports, Sprint ICAD reports, and the roll call relating to specific officers. Doing so has led to the belief that the events alleged in Plaintiff's Amended Complaint occurred on March 8, 2024, and not on March 9th or March 30th, as Plaintiff had indicated in his Amended Complaint. Accordingly, Defendant has already requested additional documents from the NYPD to determine the identities,

---

[1] This case has been assigned to Assistant Corporation Counsel Michael Futral, who is presently awaiting his results from the July 2024 New York State Bar Exam and is handling this matter under my supervision. Mr. Futral may be reached directly at (212) 356-1643 or by email at Mifutral@law.nyc.gov.

badge numbers, and service addresses of the officers who were allegedly involved. However, Defendant still needs additional time to obtain and examine the newly requested documents.

   Therefore, Defendant respectfully requests the Court grant an extension of time from October 25, 2024, until December 2, 2024, to ensure it has sufficient time to correctly identify the right NYPD officers who are alleged to be involved in events described in Plaintiff's Amended Complaint.

   The Defendant thanks the Court for its time and consideration to this matter.

Respectfully submitted,

*Joseph Zangrilli /s/*

Joseph Zangrilli
*Senior Counsel*
Special Federal Litigation

Cc: **By ECF and Mail**
   Akaniyene Williams Etuk (*first class mail*)
   2402 Atlantic Avenue, #04
   Brooklyn, New York 11233
   *Pro Se Plaintiff*

---

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated:** 10/24/24

The extension requested herein is GRANTED. Defendant is directed to respond to the Court's Valentin order by **December 2, 2024**.

The Clerk of Court is directed to terminate the motion at ECF No. 14.