**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
AKANIYENE WILLIAM ETUK

                                Plaintiff,                    **24-CV-4989 (JHR) (VF)**

                 -against-

                                                           **ORDER**

NEW YORK CITY POLICE DEPARTMENT, et al.,

                              Defendants.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Plaintiff is directed to file a second amended complaint naming the individuals identified in the Defendant City of New York's letters at ECF Nos. 18 and 21 by **January 15, 2025**.

      **SO ORDERED.**

DATED:    New York, New York
               December 17, 2024

                                                                   _____
                                                                   VALERIE FIGUEREDO
                                                                   United States Magistrate Judge