**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
AKANIYENE WILLIAM ETUK

                          Plaintiff,                   **24-CV-4989 (JHR) (VF)**

           -against-

                                            **ORDER**

NEW YORK CITY POLICE DEPARTMENT, et al.,

                        Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Defendant City of New York is directed to file a response to Plaintiff's Amended Complaint (ECF No. 23) by **March 7, 2025**. Plaintiff is reminded that the deadline to serve the individuals defendants is **April 2, 2025**.

    **SO ORDERED.**

DATED:    New York, New York
                 February 21, 2025

                                                    _____
                                                    VALERIE FIGUEREDO
                                                    United States Magistrate Judge