**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
AKANIYENE WILLIAM ETUK

                           Plaintiff,                  **24-CV-4989 (JHR) (VF)**

           -against-

                                                                **ORDER**

NEW YORK CITY POLICE DEPARTMENT, et al.,

                           Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The Court will consider the motion to dismiss based solely on the allegations in the complaint. Discovery concerning the body-worn camera footage will be addressed after the Defendants' motion to dismiss is decided.

      **SO ORDERED.**

DATED:    New York, New York
                March 24, 2025

                                                        _____
                                                        VALERIE FIGUEREDO
                                                       United States Magistrate Judge