**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
AKANIYENE WILLIAM ETUK

                      Plaintiff,                  **24-CV-4989 (JHR) (VF)**

        -against-

                                                  **ORDER**

NEW YORK CITY POLICE DEPARTMENT, et al.,

                    Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Plaintiff was required to serve the individuals defendants by April 2, 2025. To date, Plaintiff has not filed a certificate of service reflecting service on the individual defendants.

Plaintiff's deadline to serve the individual defendants is extended to **April 21, 2025**.

Plaintiff is directed to file a certificate of service to the docket on or before that date.

      **SO ORDERED.**

DATED:    New York, New York
               April 8, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge