UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
AKANIYENE WILLIAM ETUK

                                      Plaintiff,                        **24-CV-4989 (JHR) (VF)**

                      -against-                                    **ORDER**

NEW YORK CITY POLICE DEPARTMENT, et al.,

                                    Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge.**

       Plaintiff, proceeding *pro se*, filed an Amended Complaint adding Abdoulaye Bah, Muhammad Molla, David Pabon, Peter Esposito, Ely Gonzalez, Ana Garcia, Melba Cespedes, Christian Cacace, and Anajess Alvarez as defendants. ECF No. 23. Because Plaintiff has been granted permission to proceed *in forma pauperis*, he is entitled to rely on the Court to effectuate service. Walker v. Schult, 717 F.3d. 119, n.6 (2d Cir. 2013); see also 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases.").

       To allow Plaintiff to effectuate service on the newly named Defendants, the Clerk of Court is directed to electronically notify the New York City Police Department and the New York City Law Department of this order. Plaintiff identifies Abdoulaye Bah, Muhammad Molla, David Pabon, and Christian Cacace as being employed at the New York Police Department ("NYPD") Transit Bureau, District 11, 161 Street Station, River Avenue, Bronx, NY 10451. Plaintiff identifies Peter Esposito as being employed at the NYPD Patrol Borough, 450 Cross Bronx Expressway, Bronx, NY 10457. Plaintiff identifies Ely Gonzalez as being employed at NYPD 46th Precinct, 2120 Ryer Avenue, Bronx, NY 10457. Plaintiff identifies Ana Garcia as being employed at NYPD Quartermaster Section, 50-16 59th Place, Woodside, NY 11377. Plaintiff

identified Melba Cespedes as being employed at NYPD Headquarters Security, 1 Police Plaza, New York, NY 10038. Plaintiff identifies Anajess Alvarez as being employed at NYPD Human Resources Division, 1 Police Plaza, New York, NY 10038. The Court requests that the individual defendants waive service of summons.

**SO ORDERED.**

DATED:     New York, New York
           April 21, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge