**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
AKANIYENE WILLIAM ETUK

                                  Plaintiff,                **24-CV-4989 (JHR) (VF)**

                            -against-

                                                                  **ORDER**

NEW YORK CITY POLICE DEPARTMENT, et al.,

                                Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      There are two pending motions to dismiss, which were filed on March 7, 2025 and July 7, 2025, respectively. Plaintiff, proceeding pro se, has not yet responded to the motions. Plaintiff is directed to respond to the motions, or otherwise ask for an extension of time to file an opposition, by **September 15, 2025**. If Plaintiff does not file a response or letter seeking an extension by that date, the Court will consider the pending motions to dismiss fully briefed and unopposed.

      The Clerk of Court is directed to mail a copy of this order to Plaintiff.

      **SO ORDERED.**

DATED:    New York, New York
               August 28, 2025

                                                                 _____
                                                                 VALERIE FIGUEREDO
                                                                 United States Magistrate Judge