**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
AKANIYENE WILLIAM ETUK

                    Plaintiff,                      **24-CV-4989 (JHR) (VF)**

          -against-

                                                **ORDER**

NEW YORK CITY POLICE DEPARTMENT, et
al.,

                    Defendants.
----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

On January 2, 2026, the undersigned issued a report and recommendation that Plaintiff's second amended complaint be dismissed, but Plaintiff be granted leave to amend certain claims. See ECF No. 57. The Honorable Jennifer H. Rearden adopted the report and recommendation on March 25, 2026. See ECF No. 58.

Accordingly, Plaintiff is directed to file a third amended complaint, addressing the issues identified in the report and recommendation, by **May 15, 2026**. Plaintiff's failure to file a third amended complaint may result in a recommendation that the case be dismissed.

The Clerk of Court is respectfully directed to mail this order to pro se Plaintiff.

     **SO ORDERED.**

DATED:     New York, New York
            March 30, 2026

                                    _____
                                    VALERIE FIGUEREDO
                                    United States Magistrate Judge